IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 MAR -7  PM 3: 27

DEPUTY CLERK_____

UNITED STATES OF AMERICA

v.

BENJAMIN EARNEST NICHOLS (1)

NO. 3:15-CR-227-L
(Supersedes Indictment
returned on May 20, 2015)

INFORMATION
Knowingly Causing The Transmission Of A Program Or Code To A Protected Computer
(18 U.S.C. § 1030(a)(5)(A) and 18 U.S.C. § 1030(c)(4)(A)(i)(I) and (B))

The United States Attorney Charges:

Between in or about September 2009, and in or about July 2010, in the

Dallas Division of the Northern District of Texas and elsewhere, the defendant **Benjamin**

**Earnest Nichols** knowingly caused the transmission of a program, information, code, and

command, and, as a result of such conduct, intentionally caused damage without

authorization to a protected computer; in that **Benjamin Earnest Nichols** knowingly

transmitted a code and command to initiate a denial of service attack on an internet relay

chat channel belonging to and operated by RWM, and by said transmission caused a loss

aggregating at least $5,000 or more during a one-year period.

In violation of 18 U.S.C. § 1030(a)(5)(A) and § 1030(c)(4)(A)(i)(I) and (B).

JOHN R. PARKER
UNITED STATES ATTORNEY

CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242
Tel:  214-659-8600
Fax:  214-658-8812
candina.heath@usdoj.gov